﻿Citation Nr: AXXXXXXXX
Decision Date: 11/30/20 Archive Date: 11/30/20

DOCKET NO. 200116-54367
DATE: November 30, 2020

ORDER

The appeal for non-service-connected (NSC) pension benefits is dismissed.

FINDINGS OF FACT

1. In the October 2019 rating decision, the Agency of Original Jurisdiction (AOJ) granted NSC pension benefits effective from June 4, 2019.

2. In a March 2020 decision issued during the pendency of the appeal, the AOJ granted service connection for schizophrenia disorder with a 100 percent rating effective from May 25, 2009 and service connection for gastroesophageal reflux disease (GERD) with a 10 percent rating effective from March 31, 2011. 

CONCLUSION OF LAW

The criteria for dismissal of the appeal for NSC pension benefits have been met. 38 U.S.C. § 7105; 38 C.F.R. § 20.205. 

REASONS AND BASES FOR FINDINGS AND CONCLUSION

The Board may dismiss any appeal which fails to allege specific error of fact or law in the determination being appealed. 38 U.S.C. § 7105. In the October 2019 AMA decision, the AOJ, in pertinent part, granted NSC pension benefits effective from June 4, 2019; however, the October 2019 letter notifying the Veteran of the decision regarding NSC pension benefits confusingly read both that NSC pension benefits had been granted and that the benefits had been denied. Moreover, in the October 2019 notice letter, the reasons provided for the decision indicated that NSC pension benefits had been denied on the bases that the Veteran did not meet NSC pension eligibility requirements. 

On the January 2020 VA Form 10182, the Veteran appealed to the Board what he believed to be a denial of NSC pension benefits by the AOJ and requested direct review. Subsequently, in a March 2020 decision, the AOJ granted service connection for schizophrenia disorder with a 100 percent rating effective from May 25, 2009 and service connection for gastroesophageal reflux disease (GERD) with a 10 percent rating effective from March 31, 2011. 

A claim for compensation may be considered to be a claim for pension; and a claim by a veteran for pension may be considered to be a claim for compensation. 38 C.F.R. § 3.151(a). The greater benefit will be awarded, unless the claimant specifically elects the lesser benefit. Id. 

(Continued on the next page)

 

Disability compensation at the 100 percent rate effective from May 25, 2009, as awarded during the pendency of the appeal, is greater than the rate payable for non-service-connected pension. Because the NSC benefits were originally granted in the October 2019 rating decision, and the subsequent award of service-connected disability benefits in the March 2020 rating decision represents the greater award of benefits and covers the entire appeal period for the claimed NSC pension benefits, the appeal for NSC pension benefits was rendered moot; therefore, the appeal for NSC pension benefits lacks legal merit, so must be dismissed.

 

 

J. PARKER

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board C. Ferguson, Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.